# FedEx US Airbill

**FedEx Tracking Number:** 8576 2058 3396

**1 From**
Date: 10/22/09
Sender's Name: Monique Layne
Phone: (718) 613-2610
Company: US DISTRICT COURT
Address: 225 CADMAN PLZ E RM 130
City: BROOKLYN   State: NY   ZIP: 11201-1818

**2 Your Internal Billing Reference:** re: 08-cv-5045, 09-cv-941

**3 To**
Recipient's Name: J. Michael McMahon, 212-805-0136
Company: Southern District of New York
Address: 500 Pearl Street, Room 120
City: New York   State: NY   ZIP: 10007-1312
Dept/Floor/Suite/Room: 0335391204

**4a Express Package Service**
☒ FedEx Standard Overnight

**5 Packaging:** FedEx Envelope

**7 Payment:** Sender

0215

519